# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **CR 25-879 JB** | Date: | **5/14/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **KRISTIN SOLIS** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **GEORGE NAVARRETE-RAMIREZ** | **DANIEL RUBIN, AFPD STANDING IN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ELIZABETH TONKIN** | Interpreter: | **CAROLINA DURAN/ JUAN RAMIREZ** |
| Pretrial Services: | **LAURA GARIBAY** | Court in Session: | **9:16-9:18 A.M./9:58-10:01 A.M. (3 MIN)** |

| | |
|---|---|
| ☐ | Agent sworn telephonically |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age |
| ☒ | Court advises Defendant of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Arraignment/Detention hearings to be set |
| ☒ | Defendant remanded into the custody of the U.S. Marshal |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: **DEFENDANT TO BE TRANSFERRED TO ALBUQUERQUE FOR FURTHER PROCEEDINGS.** |