IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 25-CR-879 JB |
| **HERIBERTO SALAZAR-AMAYA, et al.**, | ) | |
| Defendants. | ) | |

### NOTICE TO COURT REGARDING POSITION OF DEFENSE COUNSEL TO THE UNITED STATES' MOTION TO DECLARE CASE COMPLEX, AND MOTION FOR PROTECTIVE ORDER

The United States of America, through its undersigned counsel, hereby notified the Court of the position of defense counsel on two pending motions filed by the United States; a Motion to Declare this Case Complex[1], Doc.153; and 2) Motion for Protective Order, Doc. 155. This notice is filed in anticipation of the hearing currently scheduled on June 12, 2025, on these matters.

| Defendant by Defense Counsel | Motion | Concurs | Objects | Takes No Position |
|---|---|---|---|---|
| Salazar-Amaya by Michael Severo | Declare Complex Protective Order | | | No position provided |
| Acuna-Moreno by Marshall Ray | Declare Complex Protective Order | X | | X |
| Anesi by Diego Esquibel | Declare Complex Protective Order | X | | X |
| Montoya by Susan Burgess-Farrell | Declare Complex Protective Order | | | X X |
| Sedillo by Paul Linnenburger | Declare Complex Protective Order | X | | X |
| Navarette-Ramirez by Phillip Sapien | Declare Complex Protective Order | X | X | |

---

[1] Should the United States' Motion to Declare Case Complex be granted, the United States' Motion to Extend Discovery Deadlines, Doc. 154, will be rendered moot.

| Defendant by Defense Counsel | Motion | Concurs | Objects | Takes No Position |
|---|---|---|---|---|
| Garcia by Jon Stanford | Declare Complex Protective Order | X | | X |
| Lopez-Altamirano by Greg Acton | Declare Complex Protective Order | X | | X |
| Martinez by Nicholas Hart | Declare Complex Protective Order | | X<br>X | |
| Singer by Joseph Shattuck | Declare Complex Protective Order | X<br>X | | |
| Tanner by Tom Clark | Declare Complex Protective Order | X<br>X | | |
| Young by Carey Bhalla | Declare Complex Protective Order | | X | No position provided |
| Marquez by Tim Cornish | Declare Complex Protective Order | X | X | |
| Sanchez by John Anderson | Declare Complex Protective Order | X | | X |
| DEFENDANTS TO BE ADDED BY SUPERSEDING INDICTMENT | | | | |
| Lopez-Rubio by M. Naomi Salazar | Declare Complex Protective Order | | X<br>X | |
| Herrera by Mallory Gagen | Declare Complex Protective Order | | X | X |
| Lovato by Todd Coberly | Declare Complex Protective Order | X | | X |
| TOTALS | Declare Complex<br><br>Protective Order | 10<br><br>3 | 5<br><br>3 | 1<br>1 (no position Provided)<br>9<br>2 (no position Provided) |

                                              Respectfully submitted,

                                              RYAN ELLISON
                                              United States Attorney

                                              ***Electronically filed on June 11, 2025***
                                              MATTHEW MCGINLEY
                                              RAQUEL RUIZ-VELEZ
                                              BLAKE NICHOLS
                                              ELAINE Y. RAMÍREZ
                                              Assistant United States Attorneys
                                              Post Office Box 607
                                              Albuquerque, New Mexico 87103
                                              (505) 346-7274

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

***Electronically filed on June 11, 2025***
Elaine Y. Ramírez
Assistant United States Attorney